IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

MARLON O'SHEA SANDS         :        CHAPTER 13
                            :
                            :
    Debtor.                 :
                            :        CASE: 13-57097-MHM
                            :
                            :
                            :

**AMENDMENT TO SCHEDULE J**

Schedule J has been amended per trustee's objection

Also included are an Amended Summary of Schedules, Amended Statistical Summary, and an Amended Declaration of Schedules

DATED: August 19, 2013

_____/s_____
Shawn Eisenberg, Esq.
Georgia Bar #128077
Attorney for Debtor
The Slomka Law Firm
1069 Spring Street, 2nd Floor
Atlanta, GA 30309
Telephone: (678) 732-0001

B6J (Official Form 6J) (12/07)

In re __Marlon O'Shea Sands_____    Case No. __13-57097_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 966.98 |
| a. Are real estate taxes included? | Yes  X    No ___ | |
| b. Is property insurance included? | Yes ___  No  X | |
| 2. Utilities: a. Electricity and heating fuel | | $ 283.00 |
| b. Water and sewer | | $ 53.00 |
| c. Telephone | | $ 0.00 |
| d. Other  See Detailed Expense Attachment | | $ 275.33 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 700.00 |
| 5. Clothing | | $ 75.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 125.00 |
| 8. Transportation (not including car payments) | | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 67.66 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 104.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other  HOA Fees | | $ 8.33 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  Wife's 2 Credit Card Payments | | $ 150.00 |
| Other  CIA Cheerleading Camp | | $ 75.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 3,433.30 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | | $ 3,929.08 |
| b. Average monthly expenses from Line 18 above | | $ 3,433.30 |
| c. Monthly net income (a. minus b.) | | $ 495.78 |

B6J (Official Form 6J) (12/07)

In re __Marlon O'Shea Sands_____          Case No. __13-57097__
                           Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| 3 Cell Phones | $ 80.00 |
| Cable/Internet/Telephone | $ 180.00 |
| Trash Service | $ 15.33 |
| **Total Other Utility Expenditures** | $ 275.33 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Marlon O'Shea Sands**                                  ,
                              Debtor

Case No.   **13-57097**

Chapter   **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 125,000.00 | | |
| B - Personal Property | Yes | 4 | 13,350.47 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 129,433.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 2,732.44 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 24,754.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,929.08 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,433.30 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| | | Total Assets | 138,350.47 | | |
| | | | Total Liabilities | 156,920.11 | |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Marlon O'Shea Sands**, Debtor

Case No. **13-57097**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 2,732.44 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 2,732.44 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,929.08 |
| Average Expenses (from Schedule J, Line 18) | 3,433.30 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,529.09 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,739.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 2,732.44 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 24,754.67 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 28,493.67 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Marlon O'Shea Sands**                              Case No. __13-57097__

                        Debtor(s)                            Chapter  __13__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 19, 2013**          Signature  **/s/ Marlon O'Shea Sands**
                                              **Marlon O'Shea Sands**
                                              Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

MARLON O'SHEA SANDS          :    CHAPTER 13
                             :
                             :
    Debtor.                  :
                             :    CASE: 13-57097-MHM
                             :
                             :
                             :

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Amended Schedule J, Amended Summary of Schedules, Amended Statistical Summary, and Amended Declaration of Schedules in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Adam M Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Marlon O'Shea Sands
1276 Windsor Glen Drive
Douglasville, GA 30134

SEE EXHIBIT A FOR ADDITIONAL CREDITORS

DATED:  August 19, 2013
_____/s_____
Shawn Eisenberg, Esq.
Georgia Bar #128077
Attorney for Debtor
The Slomka Law Firm
1069 Spring Street, 2nd Floor
Atlanta, GA 30309
Telephone: (678) 732-0001

```
Label Matrix for local noticing          Admin Recovery                         Bank of America, N.A.
113E-1                                   45 Earhart Dr., Suite 102              c/o McCalla Raymer, LLC
Case 13-57097-mhm                        Williamsville, NY 14221-7809           Bankruptcy Department
Northern District of Georgia                                                    1544 Old Alabama Road
Atlanta                                                                         Roswell, GA 30076-2102
Mon Aug 19 15:58:43 EDT 2013

Admin Recovery                           American InfoSource LP as agent for    Automobile Acceptance
Suite 102                                T Mobile/T-Mobile USA Inc              749 Main Street
45 Earhart Drive                         PO Box 248848                          Riverdale, GA 30274-2398
Williamsville NY 14221-7809              Oklahoma City, OK   73124-8848


BAC Home Loans Servicing                 Bank of America, NA                    CCB Credit Services
450 American Street                      PO Box 650070                          PO Box 272
Simi Valley, CA 93065-6285               Dallas, TX 75265-0070                  Springfield, IL 62705-0272


(p)CASHCALL INC                          Cavalry Portfolio Services             Charles T. Day, III
17360 BROOKHURST STREET                  500 Summit Lake Drive                  1790 Atkinson Road
FOUNTAIN VALLEY CA 92708-3720            Valhalla, NY 10595-2322                Suite F
                                                                                Lawrenceville, GA 30043-7989


Credit Union of Georgia                  Crescent Bank & Trust                  Crescent Recovery, LLC
3048 Eagle Drive                         PO Box 1407                            PO Box 1097
Woodstock, GA 30189-5531                 Chesapeake, VA 23327-1407              Chesapeake, VA 23327-1097


DECA Financial Svcs                      First Premier                          (p)GEORGIA DEPARTMENT OF REVENUE
10500 Kincaid Drive                      3820 N Louise Avenue                   COMPLIANCE DIVISION
Suite 150                                Sioux Falls, SD 57107-0145             ARCS BANKRUPTCY
Fishers, IN 46037-9764                                                          1800 CENTURY BLVD NE SUITE 9100
                                                                                ATLANTA GA 30345-3202


HSBC Bank                                HSI Financial Services, LLC            IC System Inc
PO Box 5253                              PO Box 934075                          PO Box 64378
Carol Stream, IL 60197-5253              Atlanta, GA 31193-4075                 Saint Paul, MN 55164-0378


IDA                                      Internal Revenue Service               JCPenney
780 Buford Highway                       PO Box 7346                            PO Box 960090
Building C, Suite 100                    Philadelphia, PA 19101-7346            Orlando, FL 32896-0090
Suwanee, GA 30024-2148


JcPenney                                 McCalla Raymer, LLC                    (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Post Office Box 965007                   1544 Old Alabama Road                  PO BOX 41067
Orlando, FL 32896-5007                   Roswell, GA 30076-2102                 NORFOLK VA 23541-1067


Quantum3 Group LLC as agent for          Rooms to Go/TD Bank                    TD Retail
Quantum3 Funding LLC                     c/o Admin Recovery                     PO Box 731
PO Box 788                               45 Earhart Dr. Suite 102               Mahwah, NJ 07430-0731
Kirkland, WA  98083-0788                 Williamsville, NY 14221-7809
```

| | | |
|---|---|---|
| TD Retail Card Services<br>PO Box 11956<br>Newark, NJ 07101-4956 | Tidewater Credit Svc<br>PO Box 15243<br>Chesapeake, VA 23328-5243 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 |
| Transworld Systems, Inc<br>PO Box 15520<br>Wilmington, DE 19850-5520 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | Windsor Glen Pond HOA<br>1294 Windsor Glen<br>Douglasville, GA 30134-2733 |
| Adam M. Goodman<br>Adam M. Goodman, 13 Trustee<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303-1236 | Howard P. Slomka<br>Slomka Law Firm<br>2nd Floor<br>1069 Spring Street, NW<br>Atlanta, GA 30309-3817 | Marlon O'Shea Sands<br>1276 Windsor Glen Drive<br>Douglasville, GA 30134-2733 |
| Shawn J. Eisenberg<br>The Slomka Law Firm, PC<br>1069 Spring Street, NW<br>2nd Floor<br>Atlanta, GA 30309-3817 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CashCall<br>PO Box 66007<br>Anaheim, CA 92816 | Georgia Department of Revenue<br>Centralized Taxpayer Account<br>PO Box 105499<br>Atlanta, GA 30348-5499 | (d)Georgia Department of Revenue<br>PO Box 105499<br>Atlanta, GA 30348 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Tidewater Finance Company<br>P.O. Box 13306<br>Chesapeake, VA 23325 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     0<br>Total                  39 |